**Fill in this information to identify the case:**

Debtor name     **Marvin Keller Trucking, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF ILLINOIS

Case number (if known)     **22-90165**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $ **3,885,887.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ **3,885,887.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ **6,472,397.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. +$ **10,844,050.00**

4.    Total liabilities .......................................................................................
   Lines 2 + 3a + 3b                                                                                     $ **17,316,447.00**

**Fill in this information to identify the case:**

Debtor name   **Marvin Keller Trucking, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   **22-90165**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Scott State Bank** | **Checking (Operating)** | 1457 | $470,464.00 |
| 3.2. | **Scott State Bank** | **Checking** | 4249 | $82,633.00 |
| 3.3. | **Scott State Bank** | **Checking - Payroll** | 5247 | $7,689.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$561,286.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Marvin Keller Trucking, Inc.** | Case number *(If known)* | **22-90165** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7.1. | **Security Deposits** | $11,092.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid fuel, licenses and permits** | $152,032.00 |

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$163,124.00

---

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.     Accounts receivable**

11a. 90 days old or less:     **3,084,731.00**     -     **0.00**     = ....     **$3,084,731.00**
                                      face amount              doubtful or uncollectible accounts

**12.     Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$3,084,731.00

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Marvin Keller Trucking, Inc.**                              Case number *(If known)*  **22-90165**
         Name

| | | | | |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture** | $33,574.00 | Tax records | $33,574.00 |

| | |
|---|---|
| 40. | **Office fixtures** |

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers/Software** | $25,800.00 | Tax records | $25,800.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                    $59,374.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery and Equipment** | $9,744.00 | Tax records | $9,744.00 |
| **Leasehold Improvements** | $7,628.00 | Tax records | $7,628.00 |

51. **Total of Part 8.**                                                                                    $17,372.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Marvin Keller Trucking, Inc.** | Case number *(If known)* | **22-90165** |
|---|---|---|---|
| | Name | | |

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trade Name:  Marvin Keller Trucking** **(no open market value)** | **$0.00** | **N/A** | **$0.00** |
| 61. | **Internet domain names and websites** **www.marvinkeller.com** **(no open market value)** | **$0.00** | **N/A** | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Marvin Keller Trucking, Inc.** | Case number *(if known)* **22-90165** |
|---|---|---|
| | Name | |

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Federal and state NOLs (estimated and subject to 2021 tax filings)**<br>**(Approximately $1,837,054)** | Tax year **2020**    **Unknown** |
| 73. | **Interests in insurance policies or annuities**<br>**Travelers Indemnity Company**<br>**(Commercial Auto Liability)** | **$0.00** |
| | **Travelers Indemnity Company**<br>**(Workers Compensation insurance policy)** | **$0.00** |
| | **Travelers Indemnity Company**<br>**(Motor Carrier Coverage insuance policy)** | **$0.00** |
| | **Travelers Indemnity Company**<br>**(Cargo liability insurance policy)** | **$0.00** |
| | **Travelers Indemnity Company**<br>**(Premises Liability and Replacement coverage insurance policy)** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claim for property damage from accident with Kevin Walker (Illinois)** | **Unknown** |
| | Nature of claim     **Insurance/Property Damage Claim**<br>Amount requested     **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Letters of Credit issued for benefit of Societe Genrale/Scott State Bank**<br>**(not property of the bankruptcy estate, listed for full disclosure)** | **$0.00** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Marvin Keller Trucking, Inc.**                                    Case number *(If known)*  **22-90165**
          <sub>Name</sub>

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

□ Yes

Debtor     **Marvin Keller Trucking, Inc.**
Name

Case number *(If known)*  **22-90165**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $561,286.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $163,124.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,084,731.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $59,374.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $17,372.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,885,887.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,885,887.00 |

**Fill in this information to identify the case:**

Debtor name **Marvin Keller Trucking, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) **22-90165**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Scott State Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Accounts Receivable and Deposit Accounts** | **$1,200,000.00** | **$3,808,641.00** |
| **310 West Jackson Street**<br>**Sullivan, IL 61951**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Note and Security Agreement**<br>**Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**8/19** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**4121** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Western Trailer Inc**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Accounts Receivable and Deposit Accounts** | **$2,388,718.00** | **$3,808,641.00** |
| **f/k/a Marvin Keller Leasing**<br>**1321 W. Hagerman Street**<br>**Sullivan, IL 61951**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Note and Security Agreement**<br>**Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**2017** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**3700** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Marvin Keller Trucking, Inc.** | Case number (if known) | **22-90165** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Western Trailer Inc** |
|---|---|

Creditor's Name

**f/k/a Marvin Keller Leasing**
**1321 W. Hagerman Street**
**Sullivan, IL 61951**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**3800**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Receivable and Deposit Accounts**          $2,883,679.00          $3,808,641.00

**Describe the lien**
**Note and Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,472,397.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Marvin Keller Trucking, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **22-90165**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Illinois Department of Revenue**<br>**BK Unit Level 7-425**<br>**100 Randolph Street**<br>**Chicago, IL 60601** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | | **$0.00** | **$0.00** |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Marvin Keller Trucking, Inc.** | Case number (if known) | **22-90165** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Accelerated Services Auto Transporters**
**19201 Lincoln Avenue**
**Parker, CO 80138**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Auto Accident**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,744.00**

**ADP Inc**
**71 Hanover Road**
**MS 578**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Payroll Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Austin Kennedy**
**209 Sunset Drive**
**Monroeville, PA 15146**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Auto Accident**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,828.00**

**Best One of Central Illinois**
**1395 Taylorville Road**
**Decatur, IL 62521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,922.00**

**Big Als Towing Recovery LLC**
**6520 Hinesley Road**
**Cheyenne, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles Hasson**
**107 Marco Drive**
**Rostraver Township, PA 15012**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Auto Accident**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clinical Reference Laboratory Inc**
**8405 Quivira Road**
**Lenexa, KS 66215**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Marvin Keller Trucking, Inc.** | | Case number (if known) | **22-90165** |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Courtney Anderson** **Bolen, Robinson and Ellis LLP** **202 South Franklin, 2nd Floor** **Decatur, IL 62523** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Notice only__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Darby Brown Jr** **754 Washington Street** **Woodstock, IL 60098** | ☐ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Notice only__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Deborah Fisher** **43 Toxaway Views Drive, Unit 101** **Lake Toxaway, NC 28747** | ☐ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Auto Accident__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,449,343.00 |
|---|---|---|---|
| | **Estate of Christopher Short** **Joy Short, Administratix** **309 Fairview Avenue** **Mount Sterling, KY 40353** | ☐ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __19-CV-471__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,991.00 |
|---|---|---|---|
| | **Fire Recovery USA, LLC** **2271 Lava Ridge Court, Suite 120** **Roseville, CA 95661** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __5223__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $571.00 |
|---|---|---|---|
| | **Frontier Communications** **Attn: Bankruptcy Department** **19 John Street** **Middletown, NY 10940** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Utility__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **John S. Walls** **3061 E 2100 Ave.** **Beecher City, IL 62414** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Notice only__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Marvin Keller Trucking, Inc.** | | Case number (if known) | **22-90165** |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**John S. Walls**
**3061 E. 2100 Avenue**
**Beecher City, IL 62414**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Workers Compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address
**Joseph E. Keller**
**1321 W. Hagerman Street**
**Sullivan, IL 61951**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**Joy Short**
**309 Fairview Avenue**
**Mount Sterling, KY 40353**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **19-CV-471**

Is the claim subject to offset? ■ No ☐ Yes

**$3,550,657.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**Kansas Turnpike Authority**
**3939 SW Topeka Blvd.**
**Topeka, KS 66609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$859.00**

---

**3.19** | Nonpriority creditor's name and mailing address
**Larry Thrall**
**409 4th Street**
**Westervelt, IL 62565**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Woerks Compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.20** | Nonpriority creditor's name and mailing address
**Love's Tire Care**
**P.O. Box 842568**
**Kansas City, MO 64184**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,571.00**

---

**3.21** | Nonpriority creditor's name and mailing address
**Lytx Inc.**
**9785 Towne Centre Drive**
**San Diego, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number  **8953**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,400.00**

---

| Debtor | **Marvin Keller Trucking, Inc.** | | Case number (if known) | **22-90165** |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Gay**
**Boehl, Stopher & Graves LLP**
**400 West Market Street, Suite 2300**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |
|---|---|---|---|

**Minor Child 1**
**c/o Joy Short**
**309 Fairview Avenue**
**Mount Sterling, KY 40353**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __19-CV-471__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000,000.00 |
|---|---|---|---|

**Minor Child 2**
**c/o Joy Short**
**309 Fairview Avenue**
**Mount Sterling, KY 40353**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __19-CV-471__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Physicians Immediate Care LLC**
**1700 W. Higgins Road, Suite 600**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.00 |
|---|---|---|---|

**Pilot Travel Centers LLC**
**P.O. Box 10146**
**Knoxville, TN 37939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ricky P. Ellis**
**23 Country Club Estates**
**Sullivan, IL 61951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Braco MD**
**2120 N. 27th Street**
**Decatur, IL 62526**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Marvin Keller Trucking, Inc.** | | Case number (if known) | **22-90165** |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.29**

**Nonpriority creditor's name and mailing address**
Robert Cook
114 Woodview Drive
Quakertown, PA 18951

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Auto Accident 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.30**

**Nonpriority creditor's name and mailing address**
Sandra Stallons
1714 W. Chestnut Street
Marion, IL 62959

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Auto Accident 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.31**

**Nonpriority creditor's name and mailing address**
Traffic Insurance Ltd
c/o CBCS
P.O. Box 28
Dubuque, IA 52004

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Notice only 

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**
TravelCenters of America
24601 Center Ridge Road
Westlake, OH 44145

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$668.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**
Verizon Wireless
Attn: Bankruptcy Dept
1515 Woodfield Road
Schaumburg, IL 60173

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility 

Is the claim subject to offset? ■ No  ☐ Yes

**$1,160.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**
Warren Hendrix
13670 N County Road 100E
Sullivan, IL 61951

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Workers Compensation claim 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.35**

**Nonpriority creditor's name and mailing address**
Wayne Lucas
102 N. Jackson Street
Watson, IL 62473

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Workers compensation claim 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Marvin Keller Trucking, Inc.** | Case number (if known) | **22-90165** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222,784.00** |
|---|---|---|---|

**Western Finance Group Inc**
**201 East 5th Street, Suite 1302**
**Sheridan, WY 82801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Intercompany Loans**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$546,480.00** |
|---|---|---|---|

**Western Trailer Inc**
**f/k/a Marvin Keller Leasing**
**1321 W. Hagerman Street**
**Sullivan, IL 61951**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Use of leased equipment not yet invoiced**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,484.00** |
|---|---|---|---|

**Zoominfo**
**805 Broadway Street, Suite 900**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cassiday Schade LLP**<br>**222 W. Adams Street, Suite 2900**<br>**Chicago, IL 60606** | Line  **3.25**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Cottingham and Butler**<br>**800 Main Street**<br>**Dubuque, IA 52001** | Line  **3.31**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Max Barack**<br>**The Garfinkel Group LLC**<br>**6252 N. Lincoln Avenue, Suite 200**<br>**Chicago, IL 60622** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Richard Bension**<br>**Isaacs & Isaacs P.S.C.**<br>**1601 Business Center Court**<br>**Louisville, KY 40299** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,844,050.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **10,844,050.00** |

Debtor      **Marvin Keller Trucking, Inc.**                                    Case number (if known)    **22-90165**
            Name

**Fill in this information to identify the case:**

Debtor name    **Marvin Keller Trucking, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **22-90165**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property** | |
| State the term remaining | **8 months** | **MK Developers LLC**<br>**1500 West Pointe Way, Suite 201**<br>**Sullivan, IL 61951** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lease of Commercial Trucks** | |
| State the term remaining | **30 months** | **Western Finance Group Inc**<br>**201 East 5th Street, Suite 1302**<br>**Sheridan, WY 82801** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease of Commercial Trailers** | |
| State the term remaining | **Monthly** | **Western Trailer Inc**<br>**f/k/a Marvin Keller Leasing**<br>**1321 W. Hagerman Street**<br>**Sullivan, IL 61951** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Marvin Keller Trucking, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **22-90165**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **John S. Walls** | **3061 E. 2100 Avenue**<br>**Beecher City, IL 62414** | **Estate of Christopher Short** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

# SUPPLEMENT TO SCHEDULE A/B, QUESTION 11

# ACCOUNTS RECEIVABLE AGING REPORT

Business Line: 100--Marvin Keller Trucking, Inc.

## Marvin Keller Trucking, Inc.
### Customer Aging Report
Based on: Due Date As of: 04/22/2022

| Customer ID | Customer Name | -0 | 1-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|
| | | 9,260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,260.00 |
| | | 117,853.15 | 41,507.84 | 0.00 | 0.00 | 39.88 | 159,400.87 |
| | | 2,250.00 | 5,810.00 | 0.00 | 0.00 | 0.00 | 8,060.00 |
| | | 17,261.82 | 19,293.66 | 0.00 | 0.00 | 0.00 | 36,555.48 |
| | | 1,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 |
| | | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| | | 1,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 |
| | | 10,025.00 | 11,234.35 | 0.00 | 0.00 | 0.00 | 21,259.35 |
| | | 1,356.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1,356.60 |
| | | 6,455.00 | 6,800.00 | 2,300.00 | 0.00 | 0.00 | 15,555.00 |
| | **CUSTOMER NAME** | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| | **AND CODE REDACTED** | 28,225.71 | 57,707.96 | 2,027.73 | 0.00 | 0.00 | 87,961.40 |
| | | 3,600.00 | 3,350.00 | 0.00 | 800.00 | 0.00 | 7,750.00 |
| | | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| | | 0.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| | | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| | | 0.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 1,800.00 |
| | | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| | | 3,113.37 | 0.00 | 0.00 | 0.00 | 0.00 | 3,113.37 |
| | | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| | | 887.19 | 1,879.28 | 0.00 | 0.00 | 0.00 | 2,766.47 |
| | | 7,830.71 | 2,988.02 | 0.00 | 0.00 | 0.00 | 10,818.73 |
| | | 1,350.00 | 0.00 | 0.00 | 105.00 | 0.00 | 1,455.00 |
| | | 8,360.00 | 10,064.00 | 7,840.00 | 0.00 | 0.00 | 26,264.00 |
| | | 0.00 | 3,800.00 | 0.00 | 0.00 | 0.00 | 3,800.00 |
| | | 9,475.00 | 5,525.00 | 0.00 | 0.00 | 0.00 | 15,000.00 |
| | | 28,677.95 | 23,209.31 | 1,933.19 | 633.01 | 1,810.21 | 56,263.67 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | (3.43) | (3.43) |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 1,514.83 | 1,514.83 |
| | | 2,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,750.00 |
| | | 4,800.00 | 6,060.00 | 0.00 | 0.00 | 0.00 | 10,860.00 |
| | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | (367.00) | (367.00) |
| | | 3,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,700.00 |
| | | 2,325.00 | 16,140.54 | 4,650.00 | 0.00 | 0.00 | 23,115.54 |
| | | 950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 950.00 |
| | | 52,630.00 | 16,440.00 | 0.00 | 3,200.00 | 0.00 | 72,270.00 |
| | | 0.00 | 4,820.00 | 0.00 | 0.00 | 0.00 | 4,820.00 |
| | | 925.00 | 3,850.00 | 0.00 | 925.00 | 0.00 | 5,700.00 |
| | | 31,323.99 | 48,301.94 | 43,297.74 | 11,375.00 | 0.00 | 134,298.67 |
| | | 1,800.00 | 900.00 | 0.00 | 0.00 | 0.00 | 2,700.00 |
| | | 89,535.72 | 194,883.49 | 1,625.94 | 321.80 | 550.20 | 286,917.15 |
| | | 0.00 | 1,450.00 | 0.00 | 0.00 | 0.00 | 1,450.00 |
| | | 27,536.95 | 40,969.64 | 2,047.47 | 37.80 | 240.70 | 70,832.56 |
| | | 0.00 | 1,150.00 | 0.00 | 0.00 | 0.00 | 1,150.00 |
| | | 1,800.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 3,600.00 |

Report date 05/09/2022

Created on: 05/09/2022, 7:35 AM CDT

Page 1

Business Line: 100—Marvin Keller Trucking, Inc.

## Marvin Keller Trucking, Inc.
## Customer Aging Report
### Based on: Due Date As of: 04/22/2022

| Customer ID | Customer Name | -0 | 1-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|
| | | 38,450.68 | 41,073.55 | 1,460.00 | 7,400.00 | 0.00 | 88,384.23 |
| | | 14,465.00 | 36,710.00 | 28,820.00 | 3,795.00 | 0.00 | 83,790.00 |
| | | 48,998.77 | 47,141.97 | 0.00 | 0.00 | 0.00 | 96,140.74 |
| | | 1,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 |
| | | 153,527.50 | 389,018.35 | 66,994.54 | 1,464.15 | 2,691.87 | 613,696.41 |
| | | 0.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| | | 850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 850.00 |
| | | 28,709.37 | 38,385.14 | 0.00 | 0.00 | 0.00 | 67,094.51 |
| | | 93,707.99 | 13,952.55 | 6,362.90 | 2,208.78 | (20,152.93) | 96,079.29 |
| | | 0.00 | 2,030.00 | 0.00 | 0.00 | 0.00 | 2,030.00 |
| | | 6,677.31 | 30,701.53 | 2,416.66 | 0.00 | 0.00 | 39,795.50 |
| | CUSTOMER NAME | 0.00 | 0.00 | 7,800.00 | 0.00 | 0.00 | 7,800.00 |
| | AND CODE REDACTED | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 1,300.00 |
| | | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| | | 4,940.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,940.00 |
| | | 6,093.28 | 6,095.12 | 0.00 | 730.00 | 0.00 | 12,918.40 |
| | | 5,250.00 | 5,250.00 | 1,750.00 | 0.00 | 0.00 | 12,250.00 |
| | | 1,025.00 | 1,550.00 | 0.00 | 0.00 | 0.00 | 2,575.00 |
| | | 11,131.88 | 6,919.16 | 0.00 | 0.00 | 0.00 | 18,051.04 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.04 |
| | | 0.00 | 0.00 | 0.00 | 1,600.00 | 0.00 | 1,600.00 |
| | | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.04 | 1,500.00 |
| | | 0.00 | 0.00 | 809.49 | 0.00 | 0.00 | 809.49 |
| | | 3,554.79 | 291.48 | (680.79) | (4.26) | (600.01) | 2,561.21 |
| | | 0.00 | 0.00 | 4,655.00 | 0.00 | 0.00 | 4,655.00 |
| | | 28,829.67 | 1,022.24 | 3,440.47 | 250.00 | 0.00 | 33,542.38 |
| | | 9,354.22 | 12,431.19 | 0.00 | 0.00 | 0.00 | 21,785.41 |
| | | 4,500.00 | 4,800.00 | 0.00 | 2,100.00 | 0.00 | 11,400.00 |
| | | 5,800.00 | 1,450.00 | 675.00 | 0.00 | 0.00 | 7,925.00 |
| | | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| | | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 1,025.37 | 0.00 | 934.95 | 0.00 | 0.00 | 1,960.32 |
| | | 65,386.93 | 122,968.15 | 150.00 | 0.00 | 0.00 | 188,505.08 |
| | | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| | | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,485.00 | 3,285.00 |
| | | 0.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| | | 8,457.74 | 22,891.23 | 3,374.72 | 0.00 | (21.40) | 34,702.29 |
| | | 0.00 | 1,150.00 | 0.00 | 0.00 | 0.00 | 1,150.00 |
| | | 7,050.00 | 73.66 | 850.00 | 1,150.00 | 0.00 | 9,123.66 |
| | | 2,400.00 | 1,300.00 | 1,400.00 | 0.00 | 0.00 | 5,100.00 |
| | | 850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 850.00 |
| | | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| | | 5,329.63 | 5,177.98 | 0.00 | 0.00 | 0.00 | 10,507.61 |
| | | 4,847.41 | 7,650.19 | 0.00 | 0.00 | 0.00 | 12,497.60 |
| | | 21,257.04 | 6,149.80 | 16,788.38 | 1,906.12 | 1,577.35 | 47,678.69 |
| | | 64,918.48 | 30,668.25 | 3,925.54 | (1.49) | 568.99 | 100,079.77 |
| | | 0.00 | 0.00 | 1,575.00 | 0.00 | 0.00 | 1,575.00 |
| | | 10,895.31 | 20,570.44 | 0.00 | 0.00 | 0.00 | 31,465.75 |

Report date 05/09/2022

Created on: 05/09/2022, 7:35 AM CDT

Business Line: 100--Marvin Keller Trucking, Inc.

### Marvin Keller Trucking, Inc.
### Customer Aging Report
Based on: Due Date As of: 04/22/2022

| Customer ID | Customer Name | -0 | 1-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|
| | | 0.00 | 1,225.00 | 0.00 | 0.00 | 0.00 | 1,225.00 |
| | | 0.00 | 2,200.00 | 0.00 | 0.00 | 0.00 | 2,200.00 |
| | | 925.00 | 0.00 | 0.00 | 0.00 | 0.00 | 925.00 |
| | | 1,050.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 2,150.00 |
| | | 12,104.00 | 13,843.35 | 39,101.77 | 20,995.96 | 3,780.00 | 89,825.08 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 1,210.00 | 1,210.00 |
| | | 1,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 |
| | | 3,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,400.00 |
| | | 0.00 | 0.00 | 0.00 | (155.00) | 0.00 | (155.00) |
| | | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 1,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 |
| | | 4,900.00 | 5,400.00 | 2,275.00 | 725.00 | 25.00 | 13,325.00 |
| | | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 0.00 | 0.00 | 0.00 | 1,100.00 | 0.00 | 1,100.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 1,960.00 | 1,960.00 |
| | | 868.32 | 868.32 | 0.00 | 0.00 | 0.00 | 1,736.64 |
| | | 2,491.40 | 0.00 | 0.00 | 0.00 | 0.00 | 2,491.40 |
| | | 76,852.54 | 66,718.77 | 2,055.53 | (0.61) | 1,901.16 | 147,527.39 |
| | | 850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 850.00 |
| | | 3,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,350.00 |
| | | 4,200.00 | 3,058.64 | 0.00 | 0.00 | 0.00 | 7,258.64 |
| | | 0.00 | 6,300.00 | 0.00 | 0.00 | 0.00 | 6,300.00 |
| | | 1,260,782.79 | 1,497,621.09 | 263,656.23 | 64,461.26 | (1,789.54) | 3,084,731.83 |

**CUSTOMER NAME AND CODE REDACTED**

Report date 05/09/2022

**Fill in this information to identify the case:**

Debtor name    **Marvin Keller Trucking, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   **22-90165**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 12, 2022    x *Joseph Keller*

                                   Signature of individual signing on behalf of debtor

                                     **Joseph E. Keller**
                                     Printed name

                                     **President and CEO**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy